UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ARNOLD JEROME KNIGHT,**

    Petitioner,

v.                                                        Case No. 3:24-cv-241-MCR-MJF

**RICKY D. DIXON,**

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation dated September 26, 2024. ECF No. 12. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Arnold Jerome Knight*, Okaloosa County Circuit Court Case No. 2012-CF-2197, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**